**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LONTI J. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-CV-01373 RWS |
| ) | |
| CABKA NORTH AMERICA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Before the Court is plaintiff Lonti Carter's motion to withdraw his amended complaint, ECF No. 4, and his motion to expedite trial and early mediation. [ECF No. 5]. The Court will grant plaintiff's motion and instruct the Clerk to delete these filings from the docket. [ECF No. 6].

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw his amended complaint, ECF No. 4, and his motion to expedite trial and early mediation, ECF No. 5, will be **GRANTED**. [ECF No. 6].  The Clerk shall **DELETE** these filings from the Court docket and return them to plaintiff. [ECF Nos. 4 and 5].

**IT IS FURTHER ORDERED** that plaintiff's response to the Memorandum and Order issued on September 15, 2025, is due to the Court no later than **Monday, October 6, 2025.** Plaintiff's failure to respond to the Court's Order will result in a dismissal of this action, without prejudice.

Dated this  23rd  day of September, 2025.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE